**United States Bankruptcy Court**
**Northern District of Illinois**

Voluntary Petition

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Augustine, Michael J.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all):   **9289** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**74 Terry Dr., Apt. A**<br>**Roselle, IL**<br>ZIPCODE **60172** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br><br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br><br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br><br>ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

☑ Individual (includes Joint Debtors)
 *See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtor**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box.)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable.)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)

☑ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☐ Debts are primarily business debts.

**Filing Fee** (Check one box)

☑ Full Filing Fee attached

☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).

-----

Check all applicable boxes:
☐ A plan is being filed with this petition
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] Forms Software Only

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Augustine Monagu** |
|---|---|

| **All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: **Northern District Of Illinois** | Case Number:<br>**07-12741** | Date Filed:<br>**07/17/2007** |
| Location<br>Where Filed: **N/A** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td>

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

</td>
<td>

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X **/s/ Kenneth J. Chapman**      7/30/12
<br>Signature of Attorney for Debtor(s)     Date

</td>
</tr>
</table>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B1 (Official Form 1) (4/10)**

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Augustine, Michael J. |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| X **/s/ Michael J. Augustine**                     **Michael J. Augustine**<br>  Signature of Debtor<br>X<br>  Signature of Joint Debtor<br><br>  Telephone Number (If not represented by attorney)<br>**July 30, 2012**<br>  Date | X<br>  Signature of Foreign Representative<br><br>  Printed Name of Foreign Representative<br><br>  Date |
| **Signature of Attorney*** | **Signature of Non-Attorney Petition Preparer** |
| X **/s/ Kenneth J. Chapman**<br>  Signature of Attorney for Debtor(s)<br>**Kenneth J. Chapman 6284537<br>Law Office Of Kenneth J. Chapman<br>1901 N. Roselle Rd., Suite 800<br>Schaumburg, IL  60195<br>(800) 741-1504<br>KJChap@netscape.com**<br><br>**July 30, 2012**<br>  Date<br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>  Printed Name and title, if any,  of Bankruptcy Petition Preparer<br><br>  Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br>  Address |
| **Signature of Debtor (Corporation/Partnership)** | X<br>  Signature<br><br>  Date<br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above. |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X<br>  Signature of Authorized Individual<br><br>  Printed Name of Authorized Individual<br><br>  Title of Authorized Individual<br><br>  Date | Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Summary (Form 6 - Summary) (12/07)

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                    Case No. _____

**Augustine, Michael J.**                                Chapter **7** _____
_____
                Debtor(s)

### SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 162,100.00 | | |
| B - Personal Property | Yes | 3 | $ 4,049.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 195,988.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 4,898.39 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 29 | | $ 117,535.71 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $ 3,255.87 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 3,217.00 |
| TOTAL | | 41 | $ 166,149.00 | $ 318,422.10 | |

© 1993-2011 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                    Case No. _____

**Augustine, Michael J.**                                 Chapter **7** _____
_____
Debtor(s)

### STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $          0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $      4,898.39 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $          0.00 |
| Student Loan Obligations (from Schedule F) | $          0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $          0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $          0.00 |
| **TOTAL** | $      4,898.39 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $      3,255.87 |
| Average Expenses (from Schedule J, Line 18) | $      3,217.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $      4,166.70 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $      33,888.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $      2.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $      4,896.39 |
| 4. Total from Schedule F | | $      117,535.71 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $      156,320.10 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE Augustine, Michael J. _____   Case No. _____

                           Debtor(s)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **800 S. Cedarcrest Dr.**<br>**Schaumburg, IL 60193** | | | 162,100.00 | 195,988.00 |
| | | **TOTAL** | **162,100.00** | |

(Report also on Summary of Schedules)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE Augustine, Michael J.

Debtor(s)

Case No. _____
(If known)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | **Cash** | | **15.00** |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Savings Account - PNC Bank** | | **9.00** |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **Security Deposit** | | **1,150.00** |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | | **Misc. Household Items - No One Item Exceeds $500.00** | | **1,000.00** |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Books & Pictures** | | **75.00** |
| 6.  Wearing apparel. | | **Clothing** | | **300.00** |
| 7.  Furs and jewelry. | | **Misc. Jewelry** | | **100.00** |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issue. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1955 Sears Row Boat & Trailer | | 200.00 |
| | | 1993 Saturn SC2 (160,000 miles) Purchased For $400.00) | | 1,200.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) - Cont.

IN RE Augustine, Michael J.
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | TOTAL | 4,049.00 |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (04/10)

IN RE Augustine, Michael J.

            Debtor(s)

Case No.

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
(Check one box)

☐ 11 U.S.C. § 522(b)(2)

☒ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450. *

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Cash** | **735 ILCS 5 §12-1001(b)** | **15.00** | **15.00** |
| **Savings Account - PNC Bank** | **735 ILCS 5 §12-1001(b)** | **9.00** | **9.00** |
| **Security Deposit** | **735 ILCS 5 §12-1001(b)** | **1,150.00** | **1,150.00** |
| **Misc. Household Items - No One Item Exceeds $500.00** | **735 ILCS 5 §12-1001(b)** | **1,000.00** | **1,000.00** |
| **Books & Pictures** | **735 ILCS 5 §12-1001(a)** | **75.00** | **75.00** |
| **Clothing** | **735 ILCS 5 §12-1001(a)** | **300.00** | **300.00** |
| **Misc. Jewelry** | **735 ILCS 5 §12-1001(b)** | **100.00** | **100.00** |
| **1955 Sears Row Boat & Trailer** | **735 ILCS 5 §12-1001(b)** | **200.00** | **200.00** |
| **1993 Saturn SC2 (160,000 miles) Purchased For $400.00)** | **735 ILCS 5 §12-1001(c)** | **1,200.00** | **1,200.00** |

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07)

IN RE Augustine, Michael J.                                    Case No. _____
                    Debtor(s)                                              (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0195** <br><br> **America's Servicing Company** <br> **PO Box 10388** <br> **Des Moines, IA   50306** | | | **Mortgage** <br> **800 Cedar Crest Road** <br> **Schaumburg, IL 60193** <br><br> VALUE $ **162,100.00** | | | | 195,988.00 | 33,888.00 |
| ACCOUNT NO. **8883** <br><br> **Codilis & Associates, PC** <br> **15 W 030 N. Frontage Rd, Suite 100** <br> **Burr Ridge, IL   60527** | | | **Notice Only - Attorney Mortgage** <br> **Foreclosure Summons** <br><br> VALUE $ **162,100.00** | | | | 0.00 | |
| ACCOUNT NO. <br><br><br> | | | <br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br> | | | <br> VALUE $ | | | | | |

_____ **0** continuation sheets attached

|  | | |
|---|---|---|
| Subtotal <br> (Total of this page) | $ **195,988.00** | $ **33,888.00** |
| Total <br> (Use only on last page) | $ **195,988.00** | $ **33,888.00** |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10)

IN RE Augustine, Michael J.
_____
Debtor(s)          Case No. _____

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**1**_ continuation sheets attached

IN RE Augustine, Michael J.                                        Case No. _____
                    Debtor(s)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**ACS Support - Stop 5050<br>IRS<br>PO Box 219236<br>Kansas City, MO 64121** | | | **Notice Only - 2008 Federal Taxes** | | | | **0.00** | | |
| ACCOUNT NO.<br>**Harvard Collection Services Inc.<br>4839 N. Elston Ave.<br>Chicago, IL 60630-2534** | | | **Collection - Illinois Department Of Revenue** | | | | **852.84** | **1.00** | **851.84** |
| ACCOUNT NO.<br>**Illinois Department Of Revenue<br>PO Box 19006<br>Springfield, IL 62794-9006** | | | **Notice Only - Sent To Harvard Collections Services For Collection** | | | | **0.00** | | |
| ACCOUNT NO.<br>**Internal Revenue Services<br>PO Box 970024<br>St. Louis, MO 63197-0024** | | | **2008 Federal Taxes** | | | | **4,045.55** | **1.00** | **4,044.55** |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. ___1___ of ___1___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | | |
|---|---|---|---|
| Subtotal<br>(Totals of this page) | $ **4,898.39** | $ **2.00** | $ **4,896.39** |
| Total<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ **4,898.39** | | |
| Total<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ **2.00** | $ **4,896.39** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE Augustine, Michael J.                                          Case No. _____
            Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **9031**<br><br>**A.T.D.**<br>**Yellow Pages**<br>**PO Box 3110**<br>**Jersey City, NJ  07303-3110** | | | **Advertising** | | | | **297.00** |
| ACCOUNT NO. **6088**<br><br>**Aasoc. For Oral Maxillofacial**<br>**And Implant Surgery**<br>**112 North Oak Ave.**<br>**Bartlett, IL  60103** | | | **Medical** | | | | **30.00** |
| ACCOUNT NO. **1424**<br><br>**ACC International**<br>**ACC BLDG**<br>**919 Estes Court**<br>**Schaumburg, IL  60193-4427** | | | **Collection - Partners in Primary** | | | | **106.58** |
| ACCOUNT NO. **1995**<br><br>**ACC International**<br>**ACC Building**<br>**919 Estes Court**<br>**Schaumburg, IL  60193-4427** | | | **Medical** | | | | **53.71** |

_____ **28** continuation sheets attached

| | Subtotal (Total of this page) | $ 487.29 |
|---|---|---|
| | Total<br>(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Augustine, Michael J.                                      Case No.
                 Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5721** <br><br>**Alex Bros Outpatient Group Practice**<br>**21272 Network Place**<br>**Chicago, IL  60673-1212** | | | **Medical** | | | | 329.00 |
| ACCOUNT NO. **5721** <br><br>**Alexian Brothers Behavioral Health**<br>**21272 Network Place**<br>**Chicago, IL  60673-1212** | | | **Medical** | | | | 272.00 |
| ACCOUNT NO. **3872** <br><br>**Alexian Brothers Behavioral Health**<br>**21272 Network Place**<br>**Chicago, IL  60673-1212** | | | **Medical** | | | | 350.03 |
| ACCOUNT NO. **5719** <br><br>**Alexian Brothers Medical Center**<br>**Lock Box 22589**<br>**22589 Network Place**<br>**Chicago, IL  60673-1225** | | | **Notice Only - Sent To Malcolm S. Gerald & Associates For Collection** | | | | 0.00 |
| ACCOUNT NO. **0504** <br><br>**Alexian Brothers Medical Center**<br>**Lock Box 22589**<br>**22589 Network Place**<br>**Chicago, IL  60673-1225** | | | **Medical** | | | | 12,075.95 |
| ACCOUNT NO. **0224** <br><br>**Alexian Brothers Medical Center**<br>**Lock Box 22589**<br>**22589 Network Place**<br>**Chicago, IL  60673-1225** | | | **Medical** | | | | 100.00 |
| ACCOUNT NO. **1047** <br><br>**Alexian Brothers Medical Center**<br>**Lock Box 22589**<br>**22589 Network Place**<br>**Chicago, IL  60673-1225** | | | **Sent To Illinois Collection Service For Collection** | | | | 0.00 |

Sheet no. **1** of **28** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       $   **13,126.98**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)       $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Augustine, Michael J.                                          Case No. _____
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0999** <br><br> **Alexian Brothers Medical Center** <br> **Lock Box 22589** <br> **22589 Network Place** <br> **Chicago, IL  60673-1225** | | | Sent To Harris & Harris LTD For Collection | | | | 0.00 |
| ACCOUNT NO. **0281** <br><br> **Alexian Brothers Medical Center** <br> **22589 Network Place** <br> **Chicago, IL  60673-1225** | | | Medical | | | | 155.97 |
| ACCOUNT NO. **0363** <br><br> **Alexian Brothers Medical Center** <br> **22589 Network Place** <br> **Chicago, IL  60673-1225** | | | Medical | | | | 835.10 |
| ACCOUNT NO. **9258** <br><br> **Alexian Brothers Medical Center** <br> **22589 Network Place** <br> **Chicago, IL  60673-1225** | | | Medical | | | | 56.36 |
| ACCOUNT NO. **0454** <br><br> **Alexian Brothers Medical Center** <br> **22589 Network Place** <br> **Chicago, IL  60673-1225** | | | Medical | | | | 368.62 |
| ACCOUNT NO. **7034** <br><br> **Alexian Brothers Medical Center** <br> **22589 Network Place** <br> **Chicago, IL  60673-1225** | | | Medical | | | | 2,860.25 |
| ACCOUNT NO. **0311** <br><br> **Alexian Brothers Medical Center** <br> **22589 Network Place** <br> **Chicago, IL  60673-1225** | | | Medical | | | | 362.54 |

Sheet no. **2** of **28** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    $  4,638.84

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Augustine, Michael J.                                         Case No. _____
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4026**<br>**Alexian Brothers Medical Center**<br>**22589 Network Place**<br>**Chicago, IL  60673-1225** | | | Medical | | | | 1,142.66 |
| ACCOUNT NO. **9258**<br>**Alexian Brothers Medical Center**<br>**22589 Network Place**<br>**Chicago, IL  60673-1225** | | | Medical | | | | 56.36 |
| ACCOUNT NO. **0721**<br>**Alexian Brothers Medical Center**<br>**22589 Network Place**<br>**Chicago, IL  60673-1225** | | | Medical | | | | 175.06 |
| ACCOUNT NO. **4315**<br>**Alexian Brothers Medical Center**<br>**22589 Network Place**<br>**Chicago, IL  60673-1225** | | | Medical | | | | 369.70 |
| ACCOUNT NO. **6649**<br>**Alexian Brothers Medical Center**<br>**22589 Network Place**<br>**Chicago, IL  60673-1225** | | | Medical | | | | 505.61 |
| ACCOUNT NO. **7529**<br>**Alexian Brothers Medical Center**<br>**22589 Network Place**<br>**Chicago, IL  60673-1225** | | | Medical | | | | 90.58 |
| ACCOUNT NO. **5097**<br>**Alexian Brothers Medical Center**<br>**21272 Network Place**<br>**Chicago, IL  60673-1212** | | | Medical | | | | 37.30 |

Sheet no. __3__ of __28__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ 2,377.27

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Augustine, Michael J.
_____
Debtor(s)

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **9258**<br><br>Alexian Brothers Medical Center<br>22589 Network Place<br>Chicago, IL  60673-1225 | | | Medical | | | | 56.36 |
| ACCOUNT NO. **4868**<br><br>Alexian Brothers Medical Center<br>21272 Network Place<br>Chicago, IL  60673-1212 | | | Medical | | | | 66.41 |
| ACCOUNT NO. **5113**<br><br>Alexian Brothers Medical Center<br>22589 Network Place<br>Chicago, IL  60673-1225 | | | Medical | | | | 100.00 |
| ACCOUNT NO. **0454**<br><br>Alexian Brothers Medical Center<br>22589 Network Place<br>Chicago, IL  60673-1225 | | | Medical | | | | 368.62 |
| ACCOUNT NO. **7034**<br><br>Alexian Brothers Medical Center<br>22589 Network Place<br>Chicago, IL  60673-1225 | | | Medical | | | | 2,860.25 |
| ACCOUNT NO.<br><br>Alexian Brothers Medical Center<br>Attn: Jennifer Keck<br>800 Biesterfield Road<br>Elk Grove Village, IL  60007-3397 | | | Medical<br>Medical Record No.: G000553991 | | | | unknown |
| ACCOUNT NO. **xxxx**<br><br>American Collection<br>919 Estes Ct<br>Schaumburg, IL  60193 | | | Collection | | | | 53.00 |

Sheet no. __4__ of __28__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 3,504.64

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Augustine, Michael J.
_____
Debtor(s)

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Argent Healthcare Financial Services**<br>**PO Box 667**<br>**1900 W. Severs Road**<br>**LaPorte, IN  46352** | | | Medical | | | | 458.65 |
| ACCOUNT NO. **9773**<br>**Arvind Patel, MDSC**<br>**1460 Market St., #300**<br>**Des Plaines, IL  60016** | | | Medical | | | | 524.00 |
| ACCOUNT NO. **0443**<br>**Behavioral Healthcare Associates**<br>**1375 E. Scahumburg Rd., Suite 260**<br>**Scahumburg, IL  60194-3658** | | | Medical | | | | 42.00 |
| ACCOUNT NO. **1612**<br>**Capital One**<br>**PO Box 26030**<br>**Richmond, VA  23260-6030** | | | Credit Line | | | | 1,590.00 |
| ACCOUNT NO. **8078**<br>**Capital One**<br>**PO Box 26030**<br>**Richmond, VA  23260-6030** | | | Credit Line | | | | 812.00 |
| ACCOUNT NO. **1414**<br>**Chase Receivables**<br>**1247 Broadway**<br>**Sonoma, CA  95476** | | | Collection - Target National Bank | | | | 240.52 |
| ACCOUNT NO. **xxxx**<br>**ComED**<br>**PO Box 6111**<br>**Carol Stream, IL  60197-6111** | | | Utility | | | | 313.36 |

Sheet no. **5** of **28** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ 3,980.53

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Augustine, Michael J.

Debtor(s)

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8018** <br> **Commonwealth Edison** <br> **Bill Payment Center** <br> **Chicago, IL  60668-0002** | | | Utility | | | | 522.54 |
| ACCOUNT NO. **1796** <br> **Creditor Alliance Inc.** <br> **PO Box 1288** <br> **Bloomington, IL  61702-1288** | | | Collection - Dr. M S Kohli | | | | 105.00 |
| ACCOUNT NO. **2749** <br> **Digestive Disorders & Liver Center** <br> **PO Box 957405** <br> **Hoffman Estates, IL  60195-7405** | | | Medical | | | | 15.00 |
| ACCOUNT NO. **6395** <br> **Diversified Servicing Inc.** <br> **PO Box 80185** <br> **Phoenix, AZ  85060-0185** | | | Collection - MED102 Urological | | | | 514.00 |
| ACCOUNT NO. **3350** <br> **DuPage Internal Medicine, LLC** <br> **350 W. Kensington Rd., Suite 115** <br> **Mt. Prospect, IL  60056** | | | Medical | | | | 451.71 |
| ACCOUNT NO. <br> **Elk Grove Lab Physicians PC** <br> **Dept 77-9154** <br> **Chicago, IL  60678-0001** | | | Notice Only - Sent To Harvard Collection For Collection | | | | 0.00 |
| ACCOUNT NO. **7018** <br> **Elk Grove Radiology SC** <br> **75 Remittance Dr., Suite 6500** <br> **Chicago, IL  60675-6500** | | | Notice Only - Sent To Illinois Collection Services For Collection | | | | 0.00 |

Sheet no. **6** of **28** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 1,608.25

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Augustine, Michael J.                                                     Case No.
            Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2894** <br> **Elk Grove Radiology SC** <br> **75 Remittance Dr., Suite 6500** <br> **Chicago, IL  60675-6500** | | | **Notice Only - Sent To Illinois Collection services For Collection** | | | | 0.00 |
| ACCOUNT NO. **7018** <br> **Elk Grove Radiology SC** <br> **PO Box 4543** <br> **Carol Stream, IL  60197-4543** | | | **Medical** | | | | 27.00 |
| ACCOUNT NO. **xxxx** <br> **FFCC-Columbus Inc** <br> **1550 Old Henderson Rd** <br> **Columbus, OH  43220** | | | **Collection** | | | | 51.00 |
| ACCOUNT NO. <br> **GEMC / JC Penney's** <br> **PO Box 984100** <br> **El Papso, TX  79998** | | | **Credit Line** | | | | 45.00 |
| ACCOUNT NO. **6409** <br> **GermBusters** <br> **75 Remittance Dr., Suite 6524** <br> **Chicago, IL  60675-6524** | | | **Medical** | | | | 69.30 |
| ACCOUNT NO. **0139** <br> **Harris & Harris LTD** <br> **600 W Jackson, Suite 400** <br> **Chicago, IL  60661** | | | **Collection - Alexian Brothers Medical Center** | | | | 840.00 |
| ACCOUNT NO. **9903** <br> **Harris & Harris LTD** <br> **600 W Jackson, Suite 400** <br> **Chicago, IL  60661** | | | **Collection - St. Alexius Medical Center** | | | | 560.00 |

Sheet no. **7** of **28** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $  1,592.30

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Augustine, Michael J.

Debtor(s)                                        Case No.

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0999**<br>**Harris & Harris LTD<br>600 W Jackson, Suite 400<br>Chicago, IL  60661** | | | **Collection - Alexian Brothers Medical Center** | | | | 1,520.80 |
| ACCOUNT NO. **3079**<br>**Harvard Collection Service<br>4839 N. Elston Ave.<br>Chicago, IL  60630-2534** | | | **Collection - Elk Grove Lab** | | | | 205.00 |
| ACCOUNT NO. **3111**<br>**Harvard Collection Service<br>4839 N. Elston Ave.<br>Chicago, IL  60630-2534** | | | **Collection - Elk Grove Lab** | | | | 289.00 |
| ACCOUNT NO. **6198**<br>**Harvard Collection Service<br>4839 N. Elston Ave.<br>Chicago, IL  60630-2534** | | | **Collection - Elk Grove Lab** | | | | 105.00 |
| ACCOUNT NO. **9914**<br>**Harvard Collection Service<br>4839 N. Elston Ave.<br>Chicago, IL  60630-2534** | | | **Collection - Elk Grove Lab** | | | | 517.00 |
| ACCOUNT NO. **3141**<br>**Harvard Collection Service<br>4839 N. Elston Ave.<br>Chicago, IL  60630-2534** | | | **Collection - Schaumburg Fire Department** | | | | 457.00 |
| ACCOUNT NO. **5082**<br>**Harvard Collection Service<br>4839 N. Elston Ave.<br>Chicago, IL  60630-2534** | | | **Collection - Elk Grove Lab Physician** | | | | 305.90 |

Sheet no. **8** of **28** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $   3,399.70

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Augustine, Michael J.                                    Case No. _____
                Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 6190<br>**Harvard Collection Service**<br>**4839 N. Elston Ave.**<br>**Chicago, IL  60630-2534** | | | **Collection - Schaumburg Fire Department** | | | | 63.25 |
| ACCOUNT NO. 2609<br>**Harvard Collection Service**<br>**4839 N. Elston Ave.**<br>**Chicago, IL  60630-2534** | | | **Collection - Elk Grove Lab Physician** | | | | 3,351.45 |
| ACCOUNT NO. 2610<br>**Hashemi Medical Group SC**<br>**4 Executive Ct., Suite 3**<br>**South Barrington, IL  60010-9519** | | | **Medical** | | | | 30.00 |
| ACCOUNT NO. 2582<br>**Hashemi Medical Group SC**<br>**4 Executive Ct., Suite 3**<br>**South Barrington, IL  60010-9519** | | | **Notice Only - Sent To I. C. Systems For Collection** | | | | 0.00 |
| ACCOUNT NO. 5632<br>**HSBC - NV**<br>**PO Box 19360**<br>**Portland, OR  97280-8706** | | | **Credit Line** | | | | 782.00 |
| ACCOUNT NO. 5022<br>**I. C. Systems Collections**<br>**PO Box 64378**<br>**St. Paul, MN  55164-0378** | | | **Collection - Hashemi Medical - Sent To Thomas E. Jolas, PC** | | | | 0.00 |
| ACCOUNT NO. 9322<br>**I. C. Systems Collections**<br>**PO Box 64378**<br>**St. Paul, MN  55164-0378** | | | **Collection - Robert J. Cinefro MD** | | | | 187.00 |

Sheet no. **9** of **28** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ 4,413.70

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Augustine, Michael J.                                     Case No. _____
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3921**<br><br>**Illinois Collection Services Inc.**<br>**PO Box 1010**<br>**Tinley Park, IL  60477-9110** | | | **Medical** | | | | **1.30** |
| ACCOUNT NO. **3920**<br><br>**Illinois Collection Services Inc.**<br>**PO Box 1010**<br>**Tinley Park, IL  60477-9110** | | | **Medical** | | | | **1.50** |
| ACCOUNT NO. **3925**<br><br>**Illinois Collection Services Inc.**<br>**PO Box 1010**<br>**Tinley Park, IL  60477-9110** | | | **Medical** | | | | **7.00** |
| ACCOUNT NO. **3923**<br><br>**Illinois Collection Services Inc.**<br>**PO Box 1010**<br>**Tinley Park, IL  60477-9110** | | | **Medical** | | | | **4.50** |
| ACCOUNT NO. **3930**<br><br>**Illinois Collection Services Inc.**<br>**PO Box 1010**<br>**Tinley Park, IL  60477-9110** | | | **Medical** | | | | **4.00** |
| ACCOUNT NO. **3924**<br><br>**Illinois Collection Services Inc.**<br>**PO Box 1010**<br>**Tinley Park, IL  60477-9110** | | | **Medical** | | | | **4.00** |
| ACCOUNT NO. **3927**<br><br>**Illinois Collection Services Inc.**<br>**PO Box 1010**<br>**Tinley Park, IL  60477-9110** | | | **Medical** | | | | **1.50** |

Sheet no. **10** of **28** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **23.80**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Augustine, Michael J.                                                Case No.
            Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3926** | | | **Medical** | | | | |
| **Illinois Collection Services Inc.** PO Box 1010 Tinley Park, IL  60477-9110 | | | | | | | 15.00 |
| ACCOUNT NO. **3919** | | | **Medical** | | | | |
| **Illinois Collection Services Inc.** PO Box 1010 Tinley Park, IL  60477-9110 | | | | | | | 15.00 |
| ACCOUNT NO. **3928** | | | **Medical** | | | | |
| **Illinois Collection Services Inc.** PO Box 1010 Tinley Park, IL  60477-9110 | | | | | | | 15.20 |
| ACCOUNT NO. **1847** | | | **Medical** | | | | |
| **Illinois Collection Services Inc.** PO Box 1010 Tinley Park, IL  60477-9110 | | | | | | | 16.30 |
| ACCOUNT NO. **3929** | | | **Medical** | | | | |
| **Illinois Collection Services Inc.** PO Box 1010 Tinley Park, IL  60477-9110 | | | | | | | 18.10 |
| ACCOUNT NO. **3922** | | | **Medical** | | | | |
| **Illinois Collection Services Inc.** PO Box 1010 Tinley Park, IL  60477-9110 | | | | | | | 27.40 |
| ACCOUNT NO. **7677** | | | **Medical** | | | | |
| **Illinois Collection Services Inc.** PO Box 1010 Tinley Park, IL  60477-9110 | | | | | | | 10.20 |

Sheet no. **11** of **28** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $  117.20

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Augustine, Michael J.                                           Case No.
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1695**<br><br>**Illinois Collection Services Inc.**<br>**PO Box 1010**<br>**Tinley Park, IL  60477-9110** | | | **Collection - Elk Grove Radiology** | | | | **161.00** |
| ACCOUNT NO. **7254**<br><br>**Illinois Collection Services, Inc.**<br>**3101 W. 95th St. FL**<br>**Evergreen Park, IL  60805-2406** | | | **Collection - Alexian Brothers** | | | | **87.00** |
| ACCOUNT NO. **9075**<br><br>**Illinois Collection Services, Inc.**<br>**3101 W. 95th St. FL**<br>**Evergreen Park, IL  60805-2406** | | | **Collection - Alexian Brothers** | | | | **94.00** |
| ACCOUNT NO. **5930**<br><br>**Illinois Collection Services, Inc.**<br>**3101 W. 95th St. FL**<br>**Evergreen Park, IL  60805-2406** | | | **Collection - Alexian Brothers** | | | | **141.00** |
| ACCOUNT NO. **7133**<br><br>**Illinois Collection Services, Inc.**<br>**3101 W. 95th St. FL**<br>**Evergreen Park, IL  60805-2406** | | | **Collection - Alexian Brothers** | | | | **415.00** |
| ACCOUNT NO. **1230**<br><br>**Illinois Collection Services, Inc.**<br>**PO Box 646**<br>**Oak Lawn, IL  60454-0646** | | | **Collection Alexian Brothers** | | | | **2,287.50** |
| ACCOUNT NO. **9726**<br><br>**Illinois Collection Services, Inc.**<br>**PO Box 646**<br>**Oak Lawn, IL  60454-0646** | | | **Collection - Elk Grove Radiology** | | | | **187.00** |

Sheet no. __12__ of __28__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ 3,372.50

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Augustine, Michael J.

Debtor(s)                                                   Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **9723**<br>**Illinois Collection Services, Inc.**<br>**PO Box 646**<br>**Oak Lawn, IL  60454-0646** | | | **Collection - Elk Grove Radiology** | | | | 140.00 |
| ACCOUNT NO. **9725**<br>**Illinois Collection Services, Inc.**<br>**PO Box 646**<br>**Oak Lawn, IL  60454-0646** | | | **Collection - Elk Grove Radiology** | | | | 140.00 |
| ACCOUNT NO. **9724**<br>**Illinois Collection Services, Inc.**<br>**PO Box 646**<br>**Oak Lawn, IL  60454-0646** | | | **Collection - Elk Grove Radiology** | | | | 375.00 |
| ACCOUNT NO. **9722**<br>**Illinois Collection Services, Inc.**<br>**PO Box 646**<br>**Oak Lawn, IL  60454-0646** | | | **Collection - Elk Grove Radiology** | | | | 134.00 |
| ACCOUNT NO. **9721**<br>**Illinois Collection Services, Inc.**<br>**PO Box 646**<br>**Oak Lawn, IL  60454-0646** | | | **Collection - Elk Grove Radiology** | | | | 90.00 |
| ACCOUNT NO. **5655**<br>**Illinois Collection Services, Inc.**<br>**PO Box 646**<br>**Oak Lawn, IL  60454-0646** | | | **Collection - Elk Grove Radiology** | | | | 1,097.00 |
| ACCOUNT NO. **3460**<br>**Illinois Collection Services, Inc.**<br>**PO Box 646**<br>**Oak Lawn, IL  60454-0646** | | | **Collection - Bonaventure Medical Foundation** | | | | 196.00 |

Sheet no. ___13___ of ___28___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          $ 2,172.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)            $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Augustine, Michael J.                                     Case No. _____
　　　　　　　　　　Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8851**<br>**Invoice Audit Services**<br>**PO Box 559**<br>**Moon Twp., PA  15108** | | | Collection - Quest Diagnostics | | | | 15.00 |
| ACCOUNT NO. **6305**<br>**IPC Of Illinois**<br>**PO Box 92934**<br>**Los Angles, CA  90009** | | | Collection - Medical | | | | 738.00 |
| ACCOUNT NO.<br>**IPC Of Illinois**<br>**PO Box 92934**<br>**Los Angles, CA  90009** | | | Collection - Medical | | | | 67.62 |
| ACCOUNT NO. **2807**<br>**Itasca FPD**<br>**PO Box 1368**<br>**Elmhurst, IL  60126** | | | Medical | | | | 817.20 |
| ACCOUNT NO. **0139**<br>**Malcolm S. Gerald & Associates**<br>**332 S. Michigan Ave., Suite 600**<br>**Chicago, IL  60604** | | | Collection - Alexian Brothers Medical Center | | | | 840.00 |
| ACCOUNT NO. **0236**<br>**Malcolm S. Gerald & Associates**<br>**332 S. Michigan Ave., Suite 600**<br>**Chicago, IL  60604** | | | Collection - Alexian Brothers Medical Center | | | | 1,094.48 |
| ACCOUNT NO. **0999**<br>**Malcolm S. Gerald & Associates**<br>**332 S. Michigan Ave., Suite 600**<br>**Chicago, IL  60604** | | | Collection - Alexian Brother Medical Center | | | | 1,520.80 |

Sheet no. __14__ of __28__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 5,093.10

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Augustine, Michael J.      Case No. _____

       Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0638**<br>**Malcolm S. Gerald & Associates**<br>**332 S. Michigan Ave., Suite 600**<br>**Chicago, IL 60604** | | | **Collection - Alexius Medical Center** | | | | 1,960.00 |
| ACCOUNT NO. **1047**<br>**Malcolm S. Gerald & Associates**<br>**332 S. Michigan Ave., Suite 600**<br>**Chicago, IL 60604** | | | **Collection - Alexian Bothers Medical Center** | | | | 1,484.00 |
| ACCOUNT NO. **5721**<br>**Malcolm S. Gerald & Associates**<br>**332 S. Michigan Ave., Suite 600**<br>**Chicago, IL 60604** | | | **Collection - Abbhh OutPT Group Practice** | | | | 100.00 |
| ACCOUNT NO. **1075**<br>**Malcolm S. Gerald And Associates, Inc.**<br>**332 South Michigan Ave., Suite 600**<br>**Chicago, IL 60604** | | | **Collection - Alexian Brothers Medical Center** | | | | 98.60 |
| ACCOUNT NO. **0263**<br>**Malcolm S. Gerald And Associates, Inc.**<br>**332 South Michigan Ave., Suite 600**<br>**Chicago, IL 60604** | | | **Collection - Alexian Brothers Medical Center** | | | | 500.00 |
| ACCOUNT NO. **0977**<br>**Malcolm S. Gerald And Associates, Inc.**<br>**332 South Michigan Ave., Suite 600**<br>**Chicago, IL 60604** | | | **Collection - Alexian Brothers Medical Center** | | | | 191.05 |
| ACCOUNT NO. **7338**<br>**MEA Elk Grove LLC**<br>**PO Box 5990 Dept 20-6008**<br>**Carol Stream, IL 60197-5990** | | | **Medical** | | | | 739.00 |

Sheet no. **15** of **28** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 5,072.65

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Augustine, Michael J.

Debtor(s)

Case No.

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2396** <br> **MEA Elk Grove LLC** <br> **PO Box 87904** <br> **Dept 2049** <br> **Carol Stream, IL  60188-7904** | | | Medical | | | | 341.00 |
| ACCOUNT NO. **7965** <br> **MEA Elk Grove LLC** <br> **PO Box 87904** <br> **Dept 2049** <br> **Carol Stream, IL  60188-7904** | | | Medical | | | | 496.00 |
| ACCOUNT NO. **2396** <br> **MEA Elk Grove LLC** <br> **PO Box 5990 Dept 20-6008** <br> **Carol Stream, IL  60197-5990** | | | Medical | | | | 116.72 |
| ACCOUNT NO. **7338** <br> **MEA Elk Grove LLC** <br> **PO Box 5990 Dept 20-6008** <br> **Carol Stream, IL  60197-5990** | | | Medical | | | | 575.00 |
| ACCOUNT NO. **2396** <br> **MEA Elk Grove LLC** <br> **PO Box 5990 Dept 20-6008** <br> **Carol Stream, IL  60197-5990** | | | Medical | | | | 45.60 |
| ACCOUNT NO. **0614** <br> **MEA-AEA LLC** <br> **PO Box 366** <br> **Hinsdale, IL  60522** | | | Medical | | | | 669.00 |
| ACCOUNT NO. **0614** <br> **MEA-AEA LLC** <br> **PO Box 5990 Dept 20-6003** <br> **Carol Stream, IL  60197-5990** | | | Medical | | | | 22.80 |

Sheet no. **16** of **28** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 2,266.12

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Augustine, Michael J.                                                Case No. _____
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3805**<br>**Medical Collections Systems, Inc**<br>**725 S. Wells St., Suite 700**<br>**Chicago, IL  60607** | | | **Collection - Radiology Imaging Consultants** | | | | 356.00 |
| ACCOUNT NO. **1036**<br>**Medical Collections Systems, Inc**<br>**725 S. Wells St., Suite 500**<br>**Chicago, IL  60607** | | | **Collection - Northwest Gastroenterologists** | | | | 169.54 |
| ACCOUNT NO. **0910**<br>**Medical Recovery Specialists**<br>**2250 Devon Ave., Suite 352**<br>**Des Plaines, IL  60018-4519** | | | **Medical** | | | | 83.13 |
| ACCOUNT NO.<br>**Midwest Sports Medicine**<br>**PO Box 807**<br>**Elk Grove Village, IL  60007-0807** | | | **Medical** | | | | 564.05 |
| ACCOUNT NO.<br>**Nalinaksha V. Joshi, MD**<br>**1004 S. NA-WA-TA Aven**<br>**Mt. Prospect, IL  60056** | | | **Medical** | | | | 530.00 |
| ACCOUNT NO.<br>**NCI Collection**<br>**3601 Algonquin Rd., Suite 232**<br>**Rolling Meadows, IL  60008** | | | **Coolections - Medical** | | | | unknown |
| ACCOUNT NO. **0998**<br>**NCO Financial Services**<br>**PO Box 15270**<br>**Wilmington, DE  19850** | | | **Collection - IL Department Of HU** | | | | 1,902.25 |

Sheet no. **17** of **28** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 3,604.97

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Augustine, Michael J.                                          Case No. _____
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5701** <br><br> **NCO Financial Systems** <br> **PO Box 41466** <br> **Philadelphia, PA  19101** | | | **Collection - Progressive Insurance** | | | | 67.00 |
| ACCOUNT NO. **6303** <br><br> **NCO Financial Systems** <br> **2360 Campell Creek, Suite 500** <br> **Richardson, TX  75082** | | | **Collection - IPC The Hospitalists** | | | | 393.00 |
| ACCOUNT NO. **9223** <br><br> **NCO Financial Systems** <br> **2360 Campell Creek, Suite 500** <br> **Richardson, TX  75082** | | | **Collection - IPC The Hospitalists** | | | | 32.09 |
| ACCOUNT NO. **6305** <br><br> **NCO Financial Systems** <br> **2360 Campell Creek, Suite 500** <br> **Richardson, TX  75082** | | | **Collection - IPC The Hospitalists** | | | | 144.00 |
| ACCOUNT NO. **6304** <br><br> **NCO Financial Systems** <br> **2360 Campell Creek, Suite 500** <br> **Richardson, TX  75082** | | | **Collection - IPC The Hospitalists** | | | | 201.00 |
| ACCOUNT NO. **ECU8** <br><br> **NCO Financial Systems** <br> **507 Prudential Rd.** <br> **Horsham, PA  19044** | | | **Collection - Circuit Court Clerk Kane Co.** | | | | 270.00 |
| ACCOUNT NO. **6158** <br><br> **Nco Financial Systems - Dallas** <br> **PO Box 15393** <br> **Wilmington, DE  19850** | | | **Collection - IPC The Hospitalists** | | | | 765.00 |

Sheet no. __**18**__ of __**28**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  1,872.09

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Augustine, Michael J.                                    Case No.
                      Debtor(s)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6167** <br><br>**Nco Financial Systems - Dallas** <br>**PO Box 15393** <br>**Wilmington, DE  19850** | | | **Collection - IPC The Hospitalists** | | | | 171.00 |
| ACCOUNT NO. **4486** <br><br>**NeoPath, SC** <br>**520 E. 22nd St.** <br>**Lombard, IL  60148** | | | **Medical** | | | | 209.00 |
| ACCOUNT NO. **2147** <br><br>**NeoPath, SC** <br>**520 E. 22nd St.** <br>**Lombard, IL  60148** | | | **Medical** | | | | 227.00 |
| ACCOUNT NO. **MAUG** <br><br>**Northwest Gastroenerologists** <br>**1415 S. Arlington Heights** <br>**Arlington Heights, IL  60005-3100** | | | **Notice Only - Medical Sent To Medical Collection Systems For Collection** | | | | 0.00 |
| ACCOUNT NO. **WAUG** <br><br>**Northwest Gastroenerologists** <br>**1415 S. Arlington Heights** <br>**Arlington Heights, IL  60005-3100** | | | **Medical** | | | | 6.16 |
| ACCOUNT NO. **auge** <br><br>**Northwest Gastroenerologists** <br>**1415 S. Arlington Heights Rd.** <br>**Arlington Heights, IL  60005-3765** | | | **Medical** | | | | 111.40 |
| ACCOUNT NO. **7725** <br><br>**Northwest Health Care Association** <br>**2360 Hassell Rd., Suite F** <br>**Hoffman Estates, IL  60169-2171** | | | **Medical** | | | | 450.00 |

Sheet no. __19__ of __28__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 1,174.56

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Augustine, Michael J.
_____
Debtor(s)                                Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0877** <br> **Northwest Neurology, LTD** <br> **2260 W. Higgins Rd., Suite 201** <br> **Hoffman Estates, IL  60169-2433** | | | **Medical** | | | | 125.00 |
| ACCOUNT NO. **2758** <br> **OSI Collection Services** <br> **PO Box 959** <br> **Brookfield, WI  53008-0959** | | | **Collection - Elk Grove Cardiology** | | | | 28.00 |
| ACCOUNT NO. **7851** <br> **Partners In Primary Care** <br> **PO Box 8355** <br> **Rolling Meadows, IL  60008** | | | **Medical** | | | | 53.71 |
| ACCOUNT NO. **6003** <br> **Partners In Primary Care** <br> **PO Box 8355** <br> **Rolling Meadows, IL  60008** | | | **Notice Only - Sent To Collection** | | | | 0.00 |
| ACCOUNT NO. **0872** <br> **Pellettieri & Associates, LTD** <br> **991 Oak Creek Dr.** <br> **Lombard, IL  60148** | | | **Collection Alexian Brothers Medical Center** | | | | 100.00 |
| ACCOUNT NO. **1010** <br> **Pellettieri & Associates, LTD** <br> **991 Oak Creek Dr.** <br> **Lombard, IL  60148** | | | **Collection - Alexian Brothers Medical Center** | | | | 300.00 |
| ACCOUNT NO. **2959** <br> **Physician Anesthesia Associates SC** <br> **Dept 4330** <br> **Carol Stream, IL  60122** | | | **Medical** | | | | 109.10 |

Sheet no. **20** of **28** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 715.81

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Augustine, Michael J.                                    Case No. _____
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1612** | | | Collection - Capital One Bank | | | | |
| **Portfolio Recovery Associates, LLC** PO Box 12914 Norfolk, VA 23541 | | | | | | | 1,621.12 |
| ACCOUNT NO. **2851** | | | Medical | | | | |
| **Quest Diagnostics** PO Box 64804 Baltimore, MD 21264-4804 | | | | | | | 14.21 |
| ACCOUNT NO. **0606** | | | Medical | | | | |
| **Quest Diagnostics** PO Box 64804 Baltimore, MD 21264-4804 | | | | | | | 15.00 |
| ACCOUNT NO. **xxxx** | | | Medical | | | | |
| **R K Medical Center** PO Box 958722 Hoffman Estates, IL 60195-8722 | | | | | | | 2,445.00 |
| ACCOUNT NO. **2299** | | | Medical | | | | |
| **Revenue Cycle Solutions Inc** PO Box 361230 Birmington, AL 35236-1230 | | | | | | | 78.13 |
| ACCOUNT NO. **5683** | | | Medical | | | | |
| **Revenue Cycle Solutions Inc** PO Box 361230 Birmington, AL 35236-1230 | | | | | | | 35.15 |
| ACCOUNT NO. **1854** | | | Medical | | | | |
| **Revenue Cycle Solutions Inc** PO Box 361230 Birmington, AL 35236-1230 | | | | | | | 149.79 |

Sheet no. **21** of **28** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $    4,358.40

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Augustine, Michael J.                                    Case No. _____
　　　　　　　　　　Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6673**<br>**Revenue Cycle Solutions Inc**<br>**PO Box 361230**<br>**Birmington, AL  35236-1230** | | | Medical | | | | 160.16 |
| ACCOUNT NO. **8816**<br>**Revenue Cycle Solutions Inc**<br>**PO Box 361230**<br>**Birmington, AL  35236-1230** | | | Medical | | | | 375.12 |
| ACCOUNT NO. **4560**<br>**Revenue Cycle Solutions Inc**<br>**PO Box 361230**<br>**Birmington, AL  35236-1230** | | | Medical | | | | 1,020.40 |
| ACCOUNT NO. **9523**<br>**Revenue Cycle Solutions Inc**<br>**PO Box 361230**<br>**Birmington, AL  35236-1230** | | | Medical | | | | 1,396.55 |
| ACCOUNT NO. **8956**<br>**Revenue Cycle Solutions Inc**<br>**PO Box 361230**<br>**Birmington, AL  35236-1230** | | | Medical | | | | 1,565.23 |
| ACCOUNT NO. **6169**<br>**Revenue Cycle Solutions Inc**<br>**PO Box 361230**<br>**Birmington, AL  35236-1230** | | | Medical | | | | 1,756.95 |
| ACCOUNT NO. **0454**<br>**Revenue Cycle Solutions Inc**<br>**PO Box 361230**<br>**Birmington, AL  35236-1230** | | | Collection - Alexian Brothters Medical Center | | | | 368.62 |

Sheet no. __22__ of __28__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 6,643.03

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont

IN RE Augustine, Michael J.                                                           Case No. _____
                          Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0363**<br>**Revenue Cycle Solutions Inc**<br>**PO Box 361230**<br>**Birmington, AL  35236-1230** | | | **Collection - Alexian Brothters Medical Center** | | | | 835.10 |
| ACCOUNT NO. **4560**<br>**Revenue Cycle Solutions Inc**<br>**PO Box 361230**<br>**Birmington, AL  35236-1230** | | | **Collection - Alexian Brothters Medical Center** | | | | 1,020.40 |
| ACCOUNT NO. **9523**<br>**Revenue Cycle Solutions Inc**<br>**PO Box 361230**<br>**Birmington, AL  35236-1230** | | | **Collection - Alexian Brothters Medical Center** | | | | 1,396.55 |
| ACCOUNT NO. **8925**<br>**Revenue Cycle Solutions Inc**<br>**PO Box 361230**<br>**Birmington, AL  35236-1230** | | | **Collection - Alexian Brothters Medical Center** | | | | 1,565.23 |
| ACCOUNT NO. **6169**<br>**Revenue Cycle Solutions Inc**<br>**PO Box 361230**<br>**Birmington, AL  35236-1230** | | | **Collection - Alexian Brothters Medical Center** | | | | 1,756.95 |
| ACCOUNT NO. **6673**<br>**Revenue Cycle Solutions Inc**<br>**PO Box 361230**<br>**Birmington, AL  35236-1230** | | | **Collection - Alexian Brothters Medical Center** | | | | 160.16 |
| ACCOUNT NO. **4638**<br>**Revenue Cycle Solutions Inc**<br>**PO Box 361230**<br>**Birmington, AL  35236-1230** | | | **Collection - Alexian Brothters Medical Center** | | | | 299.80 |

Sheet no. __23__ of __28__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 7,034.19

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Augustine, Michael J.
          Debtor(s)           Case No.

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

<div style="text-align:left; font-size:8px;">© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8816** <br> **Revenue Cycle Solutions Inc** <br> **PO Box 361230** <br> **Birmington, AL  35236-1230** | | | Collection - Alexian Brothters Medical Center | | | | 375.12 |
| ACCOUNT NO. **0281** <br> **Revenue Cycle Solutions Inc** <br> **PO Box 361230** <br> **Birmington, AL  35236-1230** | | | Collection - Alexian Brothters Medical Center | | | | 155.97 |
| ACCOUNT NO. **1854** <br> **Revenue Cycle Solutions Inc** <br> **PO Box 361230** <br> **Birmington, AL  35236-1230** | | | Collection - Alexian Brothters Medical Center | | | | 149.79 |
| ACCOUNT NO. **2299** <br> **Revenue Cycle Solutions Inc** <br> **PO Box 361230** <br> **Birmington, AL  35236-1230** | | | Collection - Alexian Brothters Medical Center | | | | 78.13 |
| ACCOUNT NO. **5683** <br> **Revenue Cycle Solutions Inc** <br> **PO Box 361230** <br> **Birmington, AL  35236-1230** | | | Collection - Alexian Brothters Medical Center | | | | 35.15 |
| ACCOUNT NO. **1969** <br> **Revenue Cycle Solutions Inc** <br> **PO Box 361230** <br> **Birmington, AL  35236-1230** | | | Medical | | | | 323.91 |
| ACCOUNT NO. **5188** <br> **Revenue Cycle Solutions Inc** <br> **PO Box 361230** <br> **Birmington, AL  35236-1230** | | | Medical | | | | 301.64 |

Sheet no. __24__ of __28__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 1,419.71

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE Augustine, Michael J.
_____
Debtor(s)                                    Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2233**<br>**Revenue Cycle Solutions Inc**<br>**PO Box 361230**<br>**Birmington, AL  35236-1230** | | | Medical | | | | 60.62 |
| ACCOUNT NO. **3244**<br>**Richard C. Shay DMD**<br>**PO Box 3000**<br>**Salem, OR  97302** | | | Medical | | | | 800.00 |
| ACCOUNT NO.<br>**RK Medical Center**<br>**Amina Rahim**<br>**959 W. Golf Rd., # 963**<br>**Schaumburg, IL  60194** | | | Medical | | | | unknown |
| ACCOUNT NO. **6190**<br>**Schaumburg Fire Department**<br>**PO Box 457**<br>**Wheeling, IL  60090** | | | Sent to Harvard Collection Services For Collection | | | | 0.00 |
| ACCOUNT NO. **9207**<br>**Scahumburg Fire Department**<br>**PO Box 457**<br>**Wheeling, IL  60090** | | | Sent To Harvard Collection For Collection | | | | 0.00 |
| ACCOUNT NO. **1569**<br>**Schaumburg Fire Department**<br>**PO Box 457**<br>**Wheeling, IL  60090** | | | Medical | | | | 46.33 |
| ACCOUNT NO. **9523**<br>**St Alexius Medical Center**<br>**21219 Network Place**<br>**Chicago, IL  60673-1212** | | | Medical | | | | 1,396.55 |

Sheet no. **25** of **28** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 2,303.50

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6595**<br>**St Alexius Medical Center**<br>**21219 Network Place**<br>**Chicago, IL  60673-1212** | | | Medical | | | | 1,400.00 |
| ACCOUNT NO. **0986**<br>**St Alexius Medical Center**<br>**21219 Network Place**<br>**Chicago, IL  60673-1212** | | | Medical | | | | 16,661.70 |
| ACCOUNT NO. **6169**<br>**St. Alexius Medical Center**<br>**21219 Network Place**<br>**Chciago, IL  60673-1212** | | | Medical - Sent To Malcolm S. gerald & Associates For Collection | | | | 0.00 |
| ACCOUNT NO. **0986**<br>**St. Alexius Medical Center**<br>**21219 Network Place**<br>**Chciago, IL  60673-1212** | | | Medical | | | | 9,801.00 |
| ACCOUNT NO. **3571**<br>**State Collection Service**<br>**PO Box 6250**<br>**Masison, WI  53701** | | | Collection - MEA Elk Grove Village | | | | 220.00 |
| ACCOUNT NO. **8701**<br>**Superior Air Ground Amb Service**<br>**PO Box 1407**<br>**Elmhurst, IL  60126** | | | Medical | | | | 82.85 |
| ACCOUNT NO. **7695**<br>**Superior Air Ground Amb Service**<br>**PO Box 1407**<br>**Elmhurst, IL  60126** | | | Medical | | | | 963.46 |

Sheet no. **26** of **28** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  29,129.01

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Augustine, Michael J.                                    Case No. _____
          Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Thomas E. Jolas, PC<br>PO Box 4000<br>202 First Street NW<br>Mason City, IA  50401 | | | Collection - Hashemi Medical Group | | | | 326.00 |
| ACCOUNT NO. 0014<br>United Healthcare Insurance Co.<br>Greensboro SM GRP<br>PO Box 740800<br>Atlanta, GA  30374-3210 | | | Medical | | | | 248.64 |
| ACCOUNT NO. 002M<br>United Healthcare Insurance Co.<br>Greensboro SM GRP<br>PO Box 740800<br>Atlanta, GA  30374-3210 | | | Medical | | | | 83.26 |
| ACCOUNT NO. 1221<br>United Recovery Systems<br>18525 Torrence Ave., Suite C-6<br>Lansing, IL  60438 | | | Collection - Superior Ambulance | | | | 94.85 |
| ACCOUNT NO. 4678<br>University Of Illinois At Chicago<br>Physician Group<br>135 S. LaSalle St., Box 3293<br>Chicago, IL  60674-3293 | | | Medical | | | | 125.00 |
| ACCOUNT NO. E000<br>Utpal Paul Parekh, MD<br>303 W. Lake St., Suite 205<br>Addison, IL  60101 | | | Medical | | | | 86.42 |
| ACCOUNT NO. 4869<br>Village Of Roselle<br>PO Box 1368<br>Elmhurst, IL  60126 | | | Utility | | | | 975.00 |

Sheet no. 27 of 28 continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ 1,939.17

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Augustine, Michael J.                                      Case No. _____
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **xxxx**<br><br>**Village Of Schaumburg**<br>**PO Box 88092**<br>**Chicago, IL  60680-1092** | | | Utility | | | | 43.40 |
| ACCOUNT NO. **3465**<br><br>**Woodfield Urology Parnership**<br>**800 W. Biesterfield, 2005**<br>**Elk Grove Village, IL  60007-3364** | | | Medical | | | | 51.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. **28** of **28** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $   **94.40**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $   **117,535.71**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE Augustine, Michael J.

_____
Debtor(s)                    Case No. _____

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

**IN RE** Augustine, Michael J.
_____
                    Debtor(s)                                    Case No. _____ (If known)

## SCHEDULE H - CODEBTORS

   Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6I (Official Form 6I) (12/07)**

IN RE **Augustine, Michael J.**                                                Case No. _____
                    Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| **Single** | RELATIONSHIP(S):<br>**Son** | | AGE(S):<br>**22** |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Air Export Agent** | |
| Name of Employer | **Mapcargo Global Log** | |
| How long employed | **3 Years** | |
| Address of Employer | **1060 Thorndale Ave.**<br>**Bensenville, IL 60106** | |

**INCOME:** (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $ | **4,166.70** | $ |
| 2. Estimated monthly overtime | $ | | $ |
| **3. SUBTOTAL** | $ | **4,166.70** | $ |
| 4. LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and Social Security | $ | **834.03** | $ |
| b. Insurance | $ | **76.80** | $ |
| c. Union dues | $ | | $ |
| d. Other (specify) _____ | $ | | $ |
| | $ | | $ |
| **5. SUBTOTAL OF PAYROLL DEDUCTIONS** | $ | **910.83** | $ |
| **6. TOTAL NET MONTHLY TAKE HOME PAY** | $ | **3,255.87** | $ |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ | | $ |
| 8. Income from real property | $ | | $ |
| 9. Interest and dividends | $ | | $ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | | $ |
| 11. Social Security or other government assistance | | | |
| (Specify) | $ | | $ |
| | $ | | $ |
| 12. Pension or retirement income | $ | | $ |
| 13. Other monthly income | | | |
| (Specify) | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| **14. SUBTOTAL OF LINES 7 THROUGH 13** | $ | | $ |
| **15. AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14) | $ | **3,255.87** | $ |

**16. COMBINED AVERAGE MONTHLY INCOME:** (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) 

$ _____ **3,255.87**

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6J (Official Form 6J) (12/07)

IN RE Augustine, Michael J.
_____
Debtor(s)

Case No. _____

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,200.00 |
| a. Are real estate taxes included?    Yes ____  No ✓ | | |
| b. Is property insurance included?    Yes ____  No ✓ | | |
| 2. Utilities: | | |
| a. Electricity and heating fuel | $ | 270.00 |
| b. Water and sewer | $ | 47.00 |
| c. Telephone | $ | 65.00 |
| d. Other   **Cable & Internet** | $ | 74.00 |
| | $ | |
| 3. Home maintenance (repairs and upkeep) | $ | |
| 4. Food | $ | 650.00 |
| 5. Clothing | $ | 175.00 |
| 6. Laundry and dry cleaning | $ | 40.00 |
| 7. Medical and dental expenses | $ | 85.00 |
| 8. Transportation (not including car payments) | $ | 380.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 75.00 |
| 10. Charitable contributions | $ | |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | |
| b. Life | $ | |
| c. Health | $ | |
| d. Auto | $ | 56.00 |
| e. Other _____ | $ | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) _____ | $ | |
| 13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto _____ | $ | |
| b. Other _____ | $ | |
| 14. Alimony, maintenance, and support paid to others | $ | |
| 15. Payments for support of additional dependents not living at your home | $ | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | |
| 17. Other   **Car Repairs** | $ | 100.00 |
| | $ | |
| | $ | |

| | | |
|---|---|---:|
| **18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data. | $ | 3,217.00 |

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

### 20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $ | 3,255.87 |
| b. Average monthly expenses from Line 18 above | $ | 3,217.00 |
| c. Monthly net income (a. minus b.) | $ | 38.87 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE Augustine, Michael J.
               Case No. _____
    Debtor(s)        (if known)

Case 12-30087  Doc 1  Filed 07/30/12  Entered 07/30/12 14:44:51  Desc Main
Document  Page 47 of 61

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____**43**____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **July 30, 2012** _____  Signature: _**/s/ Michael J. Augustine**_____

                **Michael J. Augustine**             Debtor

Date: _____  Signature: _____

                             (Joint Debtor, if any)

                    [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____  _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer  Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
Address

_____  _____
Signature of Bankruptcy Petition Preparer          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____  Signature: _____

                _____

                (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B7 (Official Form 7) (04/10)

United States Bankruptcy Court
Northern District of Illinois

IN RE:                                                    Case No. _____

Augustine, Michael J.                                     Chapter **7**
_____
Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐  State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT    SOURCE
40,964.00  2010 Gross Income
41,500.00  2011 Gross Income
25,000.16  2012 Gross Income (YTD)

---

**2. Income other than from employment or operation of business**

None ☑  State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☑  *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**None** ☑ b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**None** ☑ c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 4. Suits and administrative proceedings, executions, garnishments and attachments

**None** ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **US Bank National Ass'n v- Michael Augustine 11 CH 014731** | **Summons & Complaint Foreclosure** | **Circuit Court Cook County County Department Chancery Division, Illinois** | **Pending** |

**None** ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 5. Repossessions, foreclosures and returns

**None** ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 6. Assignments and receiverships

**None** ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

**None** ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 7. Gifts

**None** ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 8. Losses

**None** ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case or **since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 9. Payments related to debt counseling or bankruptcy

**None** ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Law Office Of Kenneth J. Chapman 1901 N. Roselle Rd., Suite 800** | | **$600.00 Payment Plan** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Schaumburg, IL  60195

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**10. Other transfers**

None ☐    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |
| **Third Party**<br>**None** | **July 2011** | **1993 Georgie Boy Motor Home /**<br>**$3000.00** |

None ☑    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☑    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None ☑    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑    List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☐    If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |
| **800 S. Cedarcrest Dr.**<br>**Schaumburg, IL 60172** | **Same as above** | **2001 To 2012** |

**16. Spouses and Former Spouses**

None ☑    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☑ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: **July 30, 2012**          Signature **/s/ Michael J. Augustine**
                                 of Debtor                                                    **Michael J. Augustine**

Date: _____          Signature _____
                                 of Joint Debtor
                                 (if any)

_____ **0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. § 152 and 3571.*

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B201A (Form 201A) (11/11)

## UNITED STATES BANKRUPTCY COURT

### NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b)
### OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a joint case (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

### 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

### 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

#### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)**

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11: Reorganization ($1000 filing fee, $46 administrative fee: Total fee $1046)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components of the employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B201B (Form 201B) (12/09)

United States Bankruptcy Court
Northern District of Illinois

IN RE:                                                                          Case No. _____

Augustine, Michael J.                                                           Chapter **7** _____
_____
Debtor(s)

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

**Certificate of [Non-Attorney] Bankruptcy Petition Preparer**

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

_____         Social Security number (If the bankruptcy
Printed Name and title, if any, of Bankruptcy Petition Preparer    petition preparer is not an individual, state
Address:                                                          the Social Security number of the officer,
_____         principal, responsible person, or partner of
                                                                  the bankruptcy petition preparer.)
_____         (Required by 11 U.S.C. § 110.)

**X** _____
Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or
partner whose Social Security number is provided above.

## Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Augustine, Michael J.** _____         **X** */s/ Michael J. Augustine* _____         **7/30/2012**
Printed Name(s) of Debtor(s)                        Signature of Debtor                                   Date

Case No. (if known) _____             **X** _____
                                                    Signature of Joint Debtor (if any)                    Date
                                                    _____

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has
**NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's
attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on
page 3 of Form B1 also include this certification.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE:                                                    Case No. _____

**Augustine, Michael J.**                                Chapter **7** _____
_____
Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**America's Servicing Company** | **Describe Property Securing Debt:**<br>**800 S. Cedarcrest Dr.** |

Property will be *(check one)*:
☑ Surrendered    ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt    ☑ Not claimed as exempt

| Property No. 2 (if necessary) | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be *(check one)*:
☐ Surrendered    ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt    ☐ Not claimed as exempt

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes  ☐ No |

| Property No. 2 (if necessary) | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes  ☐ No |

_____ continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: _____**July 30, 2012**_____    ***/s/ Michael J. Augustine***_____
                                          Signature of Debtor

                                          _____
                                          Signature of Joint Debtor

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                    Case No. _____

Augustine, Michael J.                                     Chapter **7** _____
_____
Debtor(s)

### EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
### CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

   ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

   ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

   ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ Michael J. Augustine** _____

Date: **July 30, 2012** _____

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                          Case No. _____

Augustine, Michael J. _____          Chapter **7** _____
                    Debtor(s)

### VERIFICATION OF CREDITOR MATRIX

                                    Number of Creditors _____ **91**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.


Date: **July 30, 2012** _____          **/s/ Michael J. Augustine** _____
                                          Debtor


                                          _____
                                          Joint Debtor

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Augustine, Michael J.
74 Terry Dr., Apt. A
Roselle, IL  60172

Alexian Brothers Medical Center
22589 Network Place
Chicago, IL  60673-1225

Codilis & Associates, PC.
15W030 N. Frontage Rd., Suite 100
Burr Ridge, IL  60527

Law Office Of Kenneth J. Chapman
1901 N. Roselle Rd., Suite 800
Schaumburg, IL  60195

Alexian Brothers Medical Center
21272 Network Place
Chicago, IL  60673-1212

ComED
PO Box 6111
Carol Stream, IL  60197-6111

A.T.D.
Yellow Pages
PO Box 3110
Jersey City, NJ  07303-3110

Alexian Brothers Medical Center
Attn: Jennifer Keck
800 Biesterfield Road
Elk Grove Village, IL  60007-3397

Commonwealth Edison
Bill Payment Center
Chicago, IL  60668-0002

Aasoc. For Oral Maxillofacial
And Implant Surgery
112 North Oak Ave.
Bartlett, IL  60103

America's Servicing Company
PO Box 10388
Des Moines, IA  50306

Creditor Alliance Inc.
PO Box 1288
Bloomington, IL  61702-1288

ACC International
ACC BLDG
919 Estes Court
Schaumburg, IL  60193-4427

American Collection
919 Estes Ct
Schaumburg, IL  60193

Digestive Disorders & Liver Center
PO Box 957405
Hoffman Estates, IL  60195-7405

ACC International
ACC Building
919 Estes Court
Schaumburg, IL  60193-4427

Argent Healthcare Financial Services
PO Box 80185
1900 W. Severs Road
LaPorte, IN  46352

Diversified Servicing Inc.
PO Box 80185
Phoenix, AZ  85060-0185

ACS Support - Stop 5050
IRS
PO Box 219236
Kansas City, MO  64121

Arvind Patel, MDSC
1460 Market St., #300
Des Plaines, IL  60016

DuPage Internal Medicine, LLC
350 W. Kensington Rd., Suite 115
Mt. Prospect, IL  60056

Alex Bros Outpatient Group Practice
21272 Network Place
Chicago, IL  60673-1212

Behavioral Healthcare Associates
1375 E. Scahumburg Rd., Suite 260
Scahumburg, IL  60194-3658

Elk Grove Lab Physicians PC
Dept 77-9154
Chicago, IL  60678-0001

Alexian Brothers Behavioral Health
21272 Network Place
Chicago, IL  60673-1212

Capital One
PO Box 26030
Richmond, VA  23260-6030

Elk Grove Radiology SC
75 Remittance Dr., Suite 6500
Chicago, IL  60675-6500

Alexian Brothers Medical Center
Lock Box 22589
22589 Network Place
Chicago, IL  60673-1225

Chase Receivables
1247 Broadway
Sonoma, CA  95476

Elk Grove Radiology SC
PO Box 4543
Carol Stream, IL  60197-4543

FFCC-Columbus Inc
1550 Old Henderson Rd
Columbus, OH  43220

Illinois Collection Services, Inc.
3101 W. 95th St. FL
Evergreen Park, IL  60805-2406

MEA Elk Grove LLC
PO Box 87904
Dept 2049
Carol Stream, IL  60188-7904

GEMC / JC Penney's
PO Box 984100
El Papso, TX  79998

Illinois Collection Services, Inc.
PO Box 646
Oak Lawn, IL  60454-0646

MEA-AEA LLC
PO Box 366
Hinsdale, IL  60522

GermBusters
75 Remittance Dr., Suite 6524
Chicago, IL  60675-6524

Illinois Department Of Revenue
PO Box 19006
Springfield, IL  62794-9006

MEA-AEA LLC
PO Box 5990 Dept 20-6003
Carol Stream, IL  60197-5990

Harris & Harris LTD
600 W Jackson, Suite 400
Chicago, IL  60661

Internal Revenue Services
PO Box 970024
St. Louis, MO  63197-0024

Medical Collections Systems, Inc
725 S. Wells St., Suite 700
Chicago, IL  60607

Harvard Collection Service
4839 N. Elston Ave.
Chicago, IL  60630-2534

Invoice Audit Services
PO Box 559
Moon Twp., PA  15108

Medical Collections Systems, Inc
725 S. Wells St., Suite 500
Chicago, IL  60607

Harvard Collection Services Inc.
4839 N. Elston Ave.
Chicago, IL  60630-2534

IPC Of Illinois
PO Box 92934
Los Angles, CA  90009

Medical Recovery Specialists
2250 Devon Ave., Suite 352
Des Plaines, IL  60018-4519

Hashemi Medical Group SC
4 Executive Ct., Suite 3
South Barrington, IL  60010-9519

Itasca FPD
PO Box 1368
Elmhurst, IL  60126

Midwest Sports Medicine
PO Box 807
Elk Grove Village, IL  60007-0807

HSBC - NV
PO Box 19360
Portland, OR  97280-8706

Malcolm S. Gerald & Associates
332 S. Michigan Ave., Suite 600
Chicago, IL  60604

Nalinaksha V. Joshi, MD
1004 S. NA-WA-TA Aven
Mt. Prospect, IL  60056

I. C. Systems Collections
PO Box 64378
St. Paul, MN  55164-0378

Malcolm S. Gerald And Associates, Inc.
332 South Michigan Ave., Suite 600
Chicago, IL  60604

NCI Collection
3601 Algonquin Rd., Suite 232
Rolling Meadows, IL  60008

Illinois Collection Services Inc.
PO Box 1010
Tinley Park, IL  60477-9110

MEA Elk Grove LLC
PO Box 5990 Dept 20-6008
Carol Stream, IL  60197-5990

NCO Financial Services
PO Box 15270
Wilmington, DE  19850

NCO Financial Systems
PO Box 41466
Philadelphia, PA  19101

Partners In Primary Care
PO Box 8355
Rolling Meadows, IL  60008

Schaumburg Fire Department
PO Box 457
Wheeling, IL  60090

NCO Financial Systems
2360 Campell Creek, Suite 500
Richardson, TX  75082

Pellettieri & Associates, LTD
991 Oak Creek Dr.
Lombard, IL  60148

St Alexius Medical Center
21219 Network Place
Chicago, IL  60673-1212

NCO Financial Systems
507 Prudential Rd.
Horsham, PA  19044

Physician Anesthesia Associates SC
Dept 4330
Carol Stream, IL  60122

St. Alexius Medical Center
21219 Network Place
Chciago, IL  60673-1212

Nco Financial Systems - Dallas
PO Box 15393
Wilmington, DE  19850

Portfolio Recovery Associates, LLC
PO Box 12914
Norfolk, VA  23541

State Collection Service
PO Box 6250
Masison, WI  53701

NeoPath, SC
520 E. 22nd St.
Lombard, IL  60148

Quest Diagnostics
PO Box 64804
Baltimore, MD  21264-4804

Superior Air Ground Amb Service
PO Box 1407
Elmhurst, IL  60126

Northwest Gastroenterologists
1415 S. Arlington Heights
Arlington Heights, IL  60005-3100

R K Medical Center
PO Box 958722
Hoffman Estates, IL  60195-8722

Thomas E. Jolas, PC
PO Box 4000
202 First Street NW
Mason City, IA  50401

Northwest Gastroenterologists
1415 S. Arlington Heights Rd.
Arlington Heights, IL  60005-3765

Revenue Cycle Solutions Inc
PO Box 361230
Birmington, AL  35236-1230

United Healthcare Insurance Co.
Greensboro SM GRP
PO Box 740800
Atlanta, GA  30374-3210

Northwest Health Care Association
2360 Hassell Rd., Suite F
Hoffman Estates, IL  60169-2171

Richard C. Shay DMD
PO Box 3000
Salem, OR  97302

United Recovery Systems
18525 Torrence Ave., Suite C-6
Lansing, IL  60438

Northwest Neurology, LTD
2260 W. Higgins Rd., Suite 201
Hoffman Estates, IL  60169-2433

RK Medical Center
Amina Rahim
959 W. Golf Rd., # 963
Schaumburg, IL  60194

University Of Illinois At Chicago
Physician Group
135 S. LaSalle St., Box 3293
Chicago, IL  60674-3293

OSI Collection Services
PO Box 959
Brookfield, WI  53008-0959

Scahumburg Fire Department
PO Box 457
Wheeling, IL  60090

Utpal Paul Parekh, MD
303 W. Lake St., Suite 205
Addison, IL  60101

**Village Of Roselle**
PO Box 1368
Elmhurst, IL  60126

**Village Of Schaumburg**
PO Box 88092
Chicago, IL  60680-1092

**Woodfield Urology Parnership**
800 W. Biesterfield, 2005
Elk Grove Village, IL  60007-3364